# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | ) Chapter 7 |
| BIONOL CLEARFIELD LLC, et al., | ) Case No. 11-12301 (PJW) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |
| | |
| ALFRED T. GIULIANO, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ. No. 11-1016-SLR |
| | ) |
| GETTY PETROLEUM MARKETING, | ) |
| INC., | ) |
| | ) |
| Respondent. | ) |

## ORDER

At Wilmington this  2nd day of December, 2011,

IT IS ORDERED that oral argument on petitioner's pending motion to withdraw

the reference (D.I. 1) shall be heard on **Monday, December 12, 2011, at 2:00 p.m.** in

courtroom 4B on the 4th Floor, J. Caleb Boggs Federal Building, 844 King Street,

Wilmington, Delaware. Each side will be given 30 minutes to present their argument.


_____
United States District Judge